■ JAMES McILROY, Respondent, v MUSKOKA TRANSPORT, LTD., et al., Appellants, and SIMON J.F. LIM et al., Respondents. [874 NYS2d 841]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered December 19, 2007. The order denied the motion of defendants Muskoka Transport, Ltd. and Russell D. Woods for summary judgment and directed those defendants to respond to plaintiff's outstanding demands for disclosure.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Gorski, JJ.